

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Travell Williams

                       **Plaintiff,**

V.

Donald Trump; Angelina Jolie; Hulk Hogan

                       **Defendant.**

Civil Action No.   18cv2066-MMA(JLB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Plaintiff's Motion to Proceed IFP [ECF No. 2]; dismisses this civil action as frivolous pursuant to 28 U.S.C. § 1915A(b)(1); certifies that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and directs the Clerk of the Court to enter a final judgment of dismissal and to close the file.

Date:   9/10/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  R. Chapman

                                                         R. Chapman, Deputy